# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

Western Division

**FILED**
JUL 0 2 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Ronald-A:Henry(American National, Living man)
70 Penwood Road, Willow Spring, North Carolina
[27592] 919-625-8165,
Attorneyinfactinduecourse@gmail.com

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Judge Andy Corbett Jr. et al.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 5:25-CV-00386-D
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronald-A:Henry |
| Address | 70 Penwood Road |
| | Willow Spring, Nc, 27592 |
| | City / State / Zip Code |
| County | Johnston |
| Telephone Number | 919-625-8165 |
| E-Mail Address | Attorneyinfactinduecourse@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Judge Andy Corbett Jr. |
| Job or Title (if known) | Superior Court Judge |
| Address | 207 E Johnston street |
| | Smithfield, Nc, 27577 |
| | City / State / Zip Code |
| County | Johnston |
| Telephone Number | |
| E-Mail Address (if known) | |

[✔] Individual capacity   [ ] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Magistrate Carla C. White |
| Job or Title (if known) | 127 W Market Street |
| Address | Magistrate's Office |
| | Smithfield, Nc, 27577 |
| | City / State / Zip Code |
| County | Johnston |
| Telephone Number | |
| E-Mail Address (if known) | |

[✔] Individual capacity   [ ] Official capacity

| Defendant No. 3 | |
|---|---|
| Name | Magistrate Charles Bowen |
| Job or Title *(if known)* | Magistrate's office |
| Address | 127 W Market Street |
| City | Smithfield |
| State | Nc |
| Zip Code | 27577 |
| County | Johnston |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity  [ ] Official capacity

| Defendant No. 4 | |
|---|---|
| Name | Judge Jullian Pope |
| Job or Title *(if known)* | District Court Judge I |
| Address | 207 E Johnston street |
| City | Smithfield |
| State | Nc |
| Zip Code | 27577 |
| County | Johnston |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See attached Exhibit A- Statement of Facts, and Exhibits C-P detailing violations by each named defendant acting under the color of state law.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

See attached Relief Requested section

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
See Exhibits A,C,D, and Statement of Facts for full constitutional and statutory violations.

B. What date and approximate time did the events giving rise to your claim(s) occur?
See Exhibits A, C, D, and Statement of Facts for full constitutional and statutory violations.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See Exhibits A,C,D, and Statement of Facts for full constitutional and statutory violations.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered physical injury due to force and assault by officers; emotional distress; constitutional harm including denial of due process, unlawful detention, seizure of property, and violation of bodily autonomy through an unlawful blood draw. I also experienced financial harm due to unlawful bonds and threats of re-arrest, and the loss of use of my personal automobile.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request:

Immediate return of my 2018 Chevy Silverado without fines and fees.

Declaratory judgment finding all actions unconstitutional and void ab into.

Injunctive relief to stop any further prosecution based on unlawful evidence or action.

Compensatory damages of $2,000,000 and punitive damages of $5,000,000 for each named defendant in their individual capacity.

Full discharge of all related bonds and expungement of related records.

Any other relief the court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/02/2025

Signature of Plaintiff: *Ronald-A. Henley*
Printed Name of Plaintiff: Ronald-A. Henley

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address: 70 Penwood Road
City: Willow Spring    State: Nc    Zip Code: 27592
Telephone Number: (919) 625-8165
E-mail Address: Attorneyinfactinduecourse@gmail.com